UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY
CASE NO. 20-cv-21516-MGC

MARIE ALTIDOR,

        Plaintiff,

v.

CARNIVAL CORPORATION, d/b/a
CARNIVAL CRUISE LINE,

        Defendant.
_____/

**CERTIFICATE OF INTERESTED PARTIES AND**
**CORPORATE DISCLOSURE STATEMENT**

Defendant, CARNIVAL CORPORATION, by and through undersigned counsel hereby files, pursuant to Federal Rule of Civil Procedure 7.1(a), its Certificate of Interested Parties and Corporate Disclosure Statement as follows:

1. Marie Altidor, Plaintiff

2. Carnival Corporation, Defendant

3. Matthew Sean Tucker, Counsel for Plaintiff

4. Valentina Tejera, Counsel for Defendant

Defendant, CARNIVAL CORPORATION, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1 discloses that it is a publicly traded company whose common stock is listed on the New York Stock Exchange and there are no parent corporations or publicly held corporations that hold ten percent or more of its stock.

VALENTINA M. TEJERA, ESQUIRE
CARNIVAL CORPORATION
3655 N.W. 87th Avenue
Miami, Florida 33178-2428
(305) 406-7556 Direct Phone
(305) 599-2600 Ext. 18073 Assistant's Phone
(305) 406-4732 Telefax
Dedicated Judge's Phone (305) 406-5399
(For Judges only)

By: __s/ *Valentina M. Tejera, Esq.*__
    Valentina M. Tejera, Esq.
    Fla. Bar No: 536946

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 18, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generate by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

Valentina M. Tejera, Esquire
CARNIVAL CORPORATION
3655 N.W. 87th Avenue
Miami, Florida 33178-2428
(305) 406-7556 Direct Phone
(305) 599-2600 Ext. 18073 Assistant's Phone
(305) 406-4732 Telefax
Dedicated Judge's Phone (305) 406-5399
(For Judges only)

By: ___s/ *Valentina M. Tejera, Esq.*___
    Valentina M. Tejera, Esq

## SERVICE LIST

| | |
|---|---|
| VALENTINA M. TEJERA, ESQ.<br>vtejera@carnival.com<br>3655 N.W. 87th Avenue<br>Miami, FL 33178<br>Telephone: (305) 406-7556<br>Facsimile: (305) 406-4732<br>Attorney for Defendant | MATTHEW SEAN TUCKER, ESQ.<br>Matt@TuckerUp.com<br>TUCKER LAW.<br>200 SE 6th Street, Suite 405<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 204-0444<br>Facsimile: (954) 358-4946<br>Attorney for Plaintiff |

[Service via CM/ECF Notice of Electronic Filing]