UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-21516-CIV-COOKE/GOODMAN

MARIE ALTIDOR,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.

_____/

## POST-DISCOVERY HEARING ADMINISTRATIVE ORDER

On February 12, 2021, the Undersigned held a telephonic hearing on the parties' discovery disputes. [ECF Nos. 70; 71]. At the hearing, the Undersigned **ordered** as follows:

**Supplemental Interrogatories No. 6**: By February 19, 2021, Defendant shall provide a better response. If there are subparts in this request that exceed 25 requests, then the Undersigned permits the additional requests. Defendant shall answer this interrogatory on a defense-by-defense basis (listing each affirmative defense separately and the facts supporting that specific affirmative defense).

**Requests for Admissions to Defendant**:

**RFA No. 8**: The Undersigned is not going to require Defendant to provide a

supplemental response.

**RFA No. 16**: The Undersigned is not going to require Defendant to provide a supplemental response. The response is clear and adequate.

**RFA No. 17**: The Undersigned is not going to require Defendant to provide a supplemental response.

**RFA No. 39**: By February 19, 2021, Defendant shall provide a supplemental response.

**RFA No. 40**: By February 19, 2021, Defendant shall provide a supplemental response.

**RFA No. 42**: By February 19, 2021, Defendant shall provide a supplemental response. Defendant is free to point out that as phrased the request is inaccurate but still provide a response.

**20-Minute Deposition of Chief Security Officer**: Defendant has a choice. It can either produce its witness for a 20-minute deposition in English or a 45-minute deposition with the assistance of a Filipino interpreter.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on February 12, 2021.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**<u>Copies furnished to:</u>**
The Honorable Marcia G. Cooke
All counsel of record