UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:  20-cv-21516

MARIE ALTIDOR,

        Plaintiff,

vs.

CARNIVAL CORPORATION, a foreign
Corporation, d/b/a CARNIVAL CRUISE
LINES,

        Defendant.
_____/

Remote Audio-Video Communication
Pursuant to Supreme Court of Florida
Administrative Order No. AOSC20-23

Monday, November 9, 2020

9:12 a.m. - 1:35 p.m.

DEPOSITION OF MARIE A. ALTIDOR

        Taken before Paula D. Pace, RPR, Notary

Public in and for the State of Florida at Large,

pursuant to Notice of Taking Deposition filed in

the above case.

JEANNIE REPORTING   (305) 577-1705

EXHIBIT 1

```
1    APPEARANCES:

2

3    ON BEHALF OF THE PLAINTIFF:
     TUCKER LAW
4    200 S.E. 6th Street
     Suite 405
5    Fort Lauderdale, Florida 33301
     BY:  Matthew Sean Tucker, Esquire
6
     ON BEHALF OF THE DEFENDANT:
7    HORR, NOVAK & SKIPP, P.A.
     Two Datran Center, Suite 1700
8    9130 South Dadeland Boulevard
     Miami, Florida 33156
9    BY:  Stephanie H. Wylie, Esquire

10
                   - - - - - -
11
                   I N D E X
12
                   - - - - - -
13                                              PAGE
     Marie A. Altidor
14      By Ms. Wylie                            003
                                                150
15
        By Mr. Tucker                           137
16
                E X H I B I T S
17
                                                PAGE
18   DEFENDANT'S

19   No. 1 -  Plaintiff's Answers to Defendant's
     Interrogatories 9-10-20                    040
20   No. 2 -  Sign and Sail-Onboard Charges     056
     No. 3 -  Photo Michaelangelo Lounge        061
21   No. 4 -  Photo Michaelangelo Lounge        065
     No. 5 -  Medical Entry - Cabin U149        083
22   No. 6 -  Photos of barstool                088
     No. 7 -  Photo from PL 00013-14            089
23   No. 8 -  Written statement of Marie Altidor 097
     No. 9 -  Work Order-W0496680               107
24   No. 10 - Comments Display                  113
     No. 11 - Movement details                  129
25
```

JEANNIE REPORTING   (305) 577-1705

1    Thereupon,

2                         MARIE A. ALTIDOR,

3    was called as a witness and, having been first duly

4    sworn, was examined and testified as follows:

5                         DIRECT EXAMINATION

6    BY MS. WYLIE:

7         **Q.**   Please state your full name for the

8    record.

9         **A.**   Marie A. Altidor.

10        **Q.**   Ms. Altidor, my name is Stephanie

11   Wylie.  I'm one of the lawyers representing

12   Carnival in this case.  It's nice to meet you this

13   morning.

14        **A.**   Nice to meet you also.

15        **Q.**   Good.  Have you ever had your

16   deposition taken before?

17        **A.**   No.

18        **Q.**   Okay.  So let's start with a few

19   ground rules, okay, so we make sure that we're on

20   the same page.  You want to make sure that you let

21   me finish the question before you start your answer

22   so that Paula can make sure that everything that's

23   being said is being recorded and taken down.  Okay?

24        **A.**   Okay.

25        **Q.**   Okay.  And then while conversationally

1      you and I may nod our heads or say uh-huh or uh-uh,

2      so that we have a clear record you want to make

3      sure that you say yes or no out loud.  Okay?

4          **A.**    Yes.

5          **Q.**    If at any time you need to take a

6      break, please feel free to let me know.  Okay?

7          **A.**    Okay.

8          **Q.**    And then if you don't understand my

9      question, sometimes they're just bad questions, if

10     you don't understand my question, please ask me to

11     rephrase.  If you don't ask me to rephrase, I'm

12     going to assume that you understood the question.

13     Is that fair?

14         **A.**    Yes.

15         **Q.**    Okay.  What's your date of birth,

16     Ms. Altidor?

17         **A.**    April 20, 1973.

18         **Q.**    Let's go off the record for a second.

19             (Thereupon, a discussion was held off

20             the record.)

21     BY MS. WYLIE:

22         **Q.**    Back on the record.  Are you on any

23     medication today Ms. Altidor?

24         **A.**    Today, no.

25         **Q.**    Are you on any longstanding

1          **A.**    Honestly, I don't remember like

2     exactly, I don't remember, because that time the

3     ticket was paying, I don't remember exactly what I

4     had now, sorry.

5          **Q.**    Okay.  Did you purchase any travel

6     insurance with this cruise?

7          **A.**    I don't recall.

8          **Q.**    After the cruise did you make any

9     claim to a travel insurance company?

10         **A.**    After the cruise?

11         **Q.**    Yes.

12         **A.**    No.

13         **Q.**    How long was the cruise?

14         **A.**    It was from Thursday till Monday, the

15    18th to the 22nd.

16         **Q.**    What port did you board in?

17         **A.**    Miami.

18         **Q.**    You mentioned the day of the cruise,

19    the day you boarded was Thursday, April 18th, 2019.

20    Does that sound correct?

21         **A.**    Yes, ma'am.

22         **Q.**    What did you do that first night of

23    the cruise?

24         **A.**    What did I do?

25         **Q.**    Yes.

```
 1               A.    The first night we were exhausted, so
 2      when we get there we were just, you know, in our
 3      rooms, sleep.
 4               Q.    Did you go out at all the first night?
 5               A.    I don't recall.
 6               Q.    The second day was April 19th, Friday,
 7      did the ship call in port that day?
 8               A.    I'm sorry, repeat that.
 9               Q.    The second day of the cruise was
10      April 19, 2019, the Friday.  Did the ship call in a
11      port that day?
12               A.    If the ship called, what does that
13      mean?
14               Q.    Did the ship pull into a port and dock
15      and some people got off?
16               A.    Around that time the weather wasn't
17      too good, so I don't recall.
18               Q.    What was the weather like?
19               A.    It was kind of like rain a little bit
20      and windy, I don't...
21               Q.    What port was the ship in that day?
22               A.    If I'm not mistaken, because due to
23      the weather we didn't like get off.  The only place
24      I remember was like Bahamas.
25               Q.    What day was the Bahamas?
```

1              was marked for identification.)

2                   MR. TUCKER:  What is Exhibit 3?

3                   MS. WYLIE:  Exhibit 3 is a picture of

4              what I believe to be the Michelangelo

5              Lounge from the Internet.

6                   MR. TUCKER:  The Internet, okay.

7                   MS. WYLIE:  Cruise Critic.

8    BY MS. WYLIE:

9         **Q.**   Ms. Altidor, do you recognize what you

10   see in this photograph that we've marked Exhibit 3?

11        **A.**    It's kind of far, a little bit.  If

12   you could bring it a little closer, yeah, I

13   recognize it.

14        **Q.**   Let me see.  You're testing my tech

15   skills here, let's see.

16              Oh, hey, there you go.  How about

17   that, are you able to see it now?

18        **A.**   Yeah, I see it.

19        **Q.**   Is that consistent with your

20   recollection of the Michelangelo Lounge?

21        **A.**   Yeah.

22        **Q.**   So as you can see there's a series of

23   bar stools here in kind of a semicircular manner in

24   the front and then there's a row of bar stools on

25   the right-hand side, it looks like wraps around

 1          **Q.**    Tell me what happens.  So Olivia is

 2     talking to the friend, you come to the bar and go

 3     to sit down --

 4          **A.**    Yes.

 5          **Q.**    -- in one of these stools.  What

 6     happens next?

 7               MR. TUCKER:  Objection.

 8     BY MS. WYLIE:

 9          **Q.**    You can answer.

10          **A.**    I think I told you already, I was

11     trying to sit down.  The moment I was getting ready

12     to sit on there and I set my butt on it and it just

13     flew me to the ground.  I hit my left shoulder, my

14     left butt cheek and my back hit the ground really

15     hard.

16          **Q.**    Okay.

17               MR. TUCKER:  What exhibit number are

18          you showing on the screen right now?

19               MS. WYLIE:  Exhibit 4.

20               MR. TUCKER:  Thank you.

21     BY MS. WYLIE:

22          **Q.**    Did you successfully sit down on the

23     bar stool and then it fell?

24          **A.**    Yeah.

25          **Q.**    How long were you sitting on the bar

1    stool before it fell?

2           **A.**    It was happened so fast, I wasn't

3    sitting on it too long.  The moment I was sitting

4    on there and the next thing I know I was flew to

5    the ground.  Everything happened so fast.

6           **Q.**    So did the fall kind of happen in the

7    same motion as sitting down on it?

8           **A.**    It flew me, the top part just flew me

9    off.

10          **Q.**    Right.  But what I'm trying to

11   establish is that you come down and sit on it and

12   did it break straight away, or did you come down

13   and sit on it, a period of time expired and then it

14   went down?

15          **A.**    I sit on it --

16               MR. TUCKER:  Objection.

17   BY MS. WYLIE:

18          **Q.**    You can answer.  Ms. Altidor, he's

19   preserving his objection for the Court.  So you can

20   answer even though he objects.

21          **A.**    I sit on it, it flew me off to the

22   ground.

23          **Q.**    My question, what I'm trying to

24   establish is, was there a period of time where you

25   were just seated on the bar stool before you went

1    down or did you kind of sit on it and go down all

2    at the same time?

3          **A.**    I don't recall.  I sit down and the

4    bar stool just broke and flew me off.  I don't know

5    how to really explain it for you to...

6          **Q.**    Okay.  I'm showing you these bar

7    stools here on Exhibit 4.  Are these bolted to the

8    ground?

9          **A.**    Not the --

10          MR. TUCKER:  Objection.

11          THE WITNESS:  Not the bottom.  The top

12          one, that's what flew me off.  The top one

13          flew along with me on the ground.

14    BY MS. WYLIE:

15          **Q.**    Is the bottom part bolted to the deck?

16          **A.**    I wasn't recall, I don't recall that.

17          **Q.**    So when you went down, did the whole

18    bar stool go down with you or just this blue gray

19    top?

20          **A.**    The whole gray -- the whole thing up

21    on top, everything on top.

22          **Q.**    Okay.  The cushion, let's call this

23    blue gray part the cushion.  Did the cushion go

24    down with you?

25          **A.**    I don't know how to -- the whole thing

1    like, my God, the part, the top part that's

2    supposed to like -- not the one that you sit in,

3    the whole thing.  It just lift the thing up, I fell

4    along with it, it flew me off the ground.  Again,

5    it happened so fast and I was on the ground.

6         **Q.**   Did the base part, this chrome, bright

7    metallic part, did that fall to the ground when you

8    went to the ground?

9         **A.**   I don't recall.  All I know I was on

10   the ground hurt and I was on the floor crying.  And

11   then the thing was right next to me.

12        **Q.**   Okay.  What was right next to you?

13        **A.**   The top one.

14        **Q.**   Only the top part or the whole stool?

15        **A.**   When you say the whole stool, which

16   one are you talking about?

17        **Q.**   You have the cushion, there appears to

18   be some kind of granite base, and then there's the

19   chrome part.  What I'm trying to figure out is did

20   all three pieces fall down when you fell down?

21        **A.**   All --

22             MR. TUCKER:  Objection.

23             THE WITNESS:  All I remember is the

24             top.  I don't recall, ma'am, I don't

25             recall, I'm sorry.

```
 1            A.    I don't remember.  I'm sorry, I don't
 2     remember.  I was on the ground so fast, I don't
 3     remember anything.  I'm so sorry, I don't remember
 4     nothing because it was too fast and I was in pain
 5     on the floor crying.  I don't, I wasn't keeping up
 6     with anything else.
 7            Q.    Okay.  So if you went, you're facing
 8     the bar, you went in between the stool and the bar
 9     and sat down, then did you fall backwards or to the
10     side?
11            A.    Backwards.
12            MR. TUCKER:  Objection.
13     BY MS. WYLIE:
14            Q.    Did you hit your head when you fell?
15            A.    Yes, my shoulder, yes.
16            Q.    Shoulder is different than a head.  My
17     question was, did you hit your head?
18            A.    My whole body was on the floor, yes,
19     ma'am, I did.
20            Q.    Did you tell the ship's personnel you
21     hit your head?
22            A.    I told them, yeah, I called them like
23     in there and it take them forever to show up.
24            Q.    Did you fall flat on your back or on
25     to one side or the other?
```

```
 1              Q.    When you opened your eyes what did you

 2     see?

 3              A.    I was just sitting down and people

 4     come in and talking to me and then they're trying

 5     to lift, the thing is it was heavy, heavy.  That's

 6     all I remember.

 7              Q.    You were sitting down on the deck on

 8     the tile surface or where were you sitting down?

 9              A.    I was on the floor.  I couldn't get up

10     and do nothing.  I would just stay there until they

11     sent for help.

12              Q.    Okay.  You said people were trying to

13     lift it up, what were they lifting?

14              A.    Whatever, the bar stool was sitting

15     right next to me.

16              Q.    Okay.

17              A.    One of the cruise people come in and

18     after that I don't know.  They come in and pick it

19     off the floor.  I don't know what they did with it.

20              Q.    Okay.  Did they pick up the whole bar

21     stool or part of it?

22              A.    I don't recall.

23              Q.    So do you recall whether the bar stool

24     came apart or whether the whole thing went down?

25              A.    The top one come apart, that was the
```

1  first time I told you the top one and I don't

2  recall what they did.

3      Q.   Okay.  When you say the top part, are

4  you talking about there was that blue gray cushion,

5  there was a granite section and then there was the

6  chrome, right, there was the three parts we looked

7  at.  When you say the top part, which part are you

8  referring to?

9      A.   This chair you showed me, that was

10 supposed to be two parts.  The one on the floor,

11 screwed to the floor and plus the top one.  The top

12 one where the butt is sitting, the whole thing come

13 off.  The whole thing come off.  I don't know how

14 to explain it.

15     Q.   But from the side, when you say the

16 whole thing, was it the blue gray part and the

17 granite part or just the blue gray part?

18     A.   I don't know which one you're talking

19 about, ma'am.

20     Q.   Okay.  Let's put the picture up again,

21 I think that might help us.  Okay.

22          What I'm trying to establish is that

23 when you say the top part came apart or it came off

24 the base, when you say the base are you referring

25 to this chrome section on the bottom?

1    know a top part came off, but you don't know

2    whether it was just the blue part or the blue part

3    and the granite part; am I accurately --

4         **A.**    How many parts is in this stool thing?

5    How many parts, are we talking about two different

6    ones?  The one on the, screwed to the floor?  We're

7    not talking about that part.  We're talking about

8    like the top one.  I'm saying the top thing, that's

9    what flew me off.  Can we call it, how to explain

10   this a better way.

11        **Q.**    Okay.

12        **A.**    But we're talking about the top one

13   where I was sitting.

14        **Q.**    So did the granite part fall off?

15             MR. TUCKER:  Objection.

16             THE WITNESS:  I don't recall.

17   BY MS. WYLIE:

18        **Q.**    Did you look back at the bar stool

19   after you fell?

20        **A.**    Do I look back?  I wasn't trying -- I

21   was just crying, I was in pain, so I didn't.

22        **Q.**    Did you see the base without the top

23   on it?

24        **A.**    Did I see the base without the top,

25   when?

1      Q.    When you were -- after you fell.

2      A.    Yeah, I think, I don't recall.  I

3   wasn't like trying to talk to no one, just cover my

4   eyes crying.

5      Q.    Okay.

6      A.    Explaining, I mean, explaining, I

7   wasn't doing too much talking.  I was just in pain,

8   crying.  I don't recall that.

9      Q.    Did someone help you out?

10      A.    They were trying to get me up, some

11   people from the cruise.  I couldn't get up right

12   then because I was hurting, so I was waiting for

13   someone from the cruise to come pick me up.

14      Q.    Okay.  The crew members were trying to

15   help get you up, but you were waiting for different

16   crew members to come, is that what you're saying?

17      A.    No, it wasn't the crew members, just

18   random people was there trying to lift me up.  But

19   that time I couldn't get up.  I was hurting and I

20   was just waiting there because they already called

21   the crew members, somebody from the cruise.

22      Q.    I see.  Did the bartender make a call

23   to someone?

24      A.    I don't recall exactly who did make

25   the call.  I didn't recall that.

JEANNIE  REPORTING   (305)  577-1705

1    the way down.

2         **Q.**    Okay.  When you say "all the way

3    down," like on your tailbone?

4         **A.**    Yeah.

5         **Q.**    Which shoulder?

6         **A.**    Left.

7         **Q.**    When you fell did you reach out to

8    brace your fall or did you fall on your back?

9         **A.**    I fall off my back.  It happened so

10   fast, so I really can't, I'm sorry, I can't get to.

11   It happened so fast, like I don't recall the

12   details, sorry.

13        **Q.**    Okay.  How did you get from the area

14   where you fell to the ship's medical clinic?

15        **A.**    Oh, I told you, I said they're coming

16   with the chair, put me in there and we take the

17   elevator and they take me up to the medical and

18   from the medical they take me to my room.  I have

19   told you that.

20        **Q.**    Okay.  In the medical clinic did they

21   ask if you were able to walk?

22        **A.**    The lady, I don't know if she wasn't

23   understand English, but she didn't really have no

24   long conversation with me.  I was just explaining

25   to her that I felt -- I think maybe because it was

1   I on, Exhibit 5, as the medical staff encounter.

2                     (Thereupon, Defendant's Exhibit No. 5

3              was marked for identification.)

4   BY MS. WYLIE:

5           **Q.**   Are you able to see that document,

6   Ms. Altidor?

7           **A.**   Not really.  Can you bring it up a

8   little bit.

9           **Q.**   Okay.  Do you see across the top it

10  says, "Medical Staff Interaction Log"?

11          **A.**   Yeah.

12          **Q.**   And we see it says, "Marie U149."  Was

13  that your cabin number?

14          **A.**   Yes.

15          **Q.**   And it says April 19, 2019 at 2300,

16  which would be 11 p.m. correct?

17          **A.**   Yeah.

18          **Q.**   Okay.  And then it indicates you were

19  brought to the medical clinic on a wheelchair after

20  receiving a call that she fell off a broken chair

21  at the Michelangelo.  Do you see that?

22          **A.**   Uh-huh.

23          **Q.**   Okay.  And then in the next column,

24  under "Advice or Treatment Given," it says,

25  "According to the witness."

1          MS. WYLIE:  Sure.

2          MR. TUCKER:  I just want to be clear,

3      you're talking about the document, if you

4      can scroll down a little bit, you were just

5      referencing the document that's Bates stamp

6      Altidor 000245.

7          MS. WYLIE:  That's correct, yeah,

8      that's a better way to reference the

9      photos, thank you.

10  BY MS. WYLIE:

11      Q.    So now let's move within Exhibit 7 to

12  the photograph that's marked Altidor 000246.  Do

13  you see that photograph, Ms. Altidor?

14      A.    Yes, I'm looking at it, yes, ma'am.

15      Q.    Now, the stool that you fell from, was

16  that in this location right next to the statue?

17      A.    Yes, ma'am.

18      Q.    While you were in the area still after

19  you fell, before you went to the medical clinic,

20  did you see any crew member put the top part back

21  on the stool?

22      A.    I didn't recall seeing what they did

23  after.  I was just like leave, I didn't recall

24  nothing.

25      Q.    Okay.  Is this one of the photographs,

1    and when I say this, I'm referring to image 246

2    Bates stamp, is this photograph one of the

3    photographs that Ms. Dixon showed you on the night

4    of April 19th?

5              **A.**    On her phone?

6              **Q.**    On her phone.

7              **A.**    Yes.

8              **Q.**    Other than these three photographs,

9    have you seen any other photographs of the stool

10   that you fell from?

11             **A.**    I don't recall, no.

12             **Q.**    How long were you in the Michelangelo

13   Lounge before you attempted to sit on this bar

14   stool?

15             **A.**    I don't remember the whole time, how

16   long we were there, but the incident occurring not

17   too long when I get there.

18             **Q.**    Was anyone sitting on that bar stool

19   ahead of you?

20             **A.**    I don't recall, too many people, I

21   didn't recall.

22             **Q.**    Were there a lot of people along those

23   bar stools along the bar at the time that you

24   attempted to sit on one?

25             **A.**    I don't recall there was a lot of

1    people at the bar, but I know some people was in

2    the corner because the show was getting ready to

3    go, so we were all there to see the show, so I

4    didn't recall these people, too many people sit.

5    There were some people at the bar, but I didn't

6    recall how many.

7            **Q.**    Did you see anyone else have any

8    trouble with the bar stools while you were at the

9    Michelangelo Lounge?

10           **A.**    I didn't recall that.

11           **Q.**    In the medical clinic did they give

12   you any treatment other than first aid?

13           **A.**    She gave me some pills.

14           **Q.**    What type of pills were they?

15           **A.**    If I'm not mistaken, I think it was

16   Advil, or I didn't recall exactly, but it was

17   something for pain.

18           **Q.**    Okay.

19           **A.**    It was in a little, little wrapped up

20   in a little paper.  She give me like a few of them.

21           **Q.**    Did you take them?

22           **A.**    Right then and there, I didn't recall,

23   but I think in the next day, because I have brought

24   some, I have like a little bag that I pack, you

25   know, traveling things on it, so I think I have

1    some.  But from her, I think I take it in the late,

2    that night when I was feeling the pain I took two

3    of them or something.

4           Q.   What type of pills did you have that

5    you packed with you for the cruise?

6           A.   Whenever I'm leaving I got like Advil,

7    Tylenol, Motrin, Aleve, whenever I go somewhere

8    with my kids I always pack first aid in case of

9    anything.

10          Q.   Was there a time you went to guest

11   services to report your incident in the

12   Michelangelo Lounge?

13          A.   I didn't recall.  I know I had spoke

14   to someone over the phone and then they had told me

15   to come to some office, but it was somewhere in the

16   back.  And then spoke to one of the, they had sent

17   someone in the room to talk to me, to write down

18   what happened when I called the security someone,

19   because they all knew, they aware of it, but

20   someone come in to take a report from me.

21          Q.   Did you ask to make a report?

22          A.   Yeah, just to have something in my

23   possession.

24          Q.   So the person that came to your room

25   was in response to your request, correct?

1          **A.**     Yeah, it was one of the officers,

2     yeah, basically he make me write down what happened

3     and how did it happen.

4          **Q.**     Did you do that?

5          **A.**     Yeah, I did that.

6              (Thereupon, Defendant's Exhibit No. 8

7              was marked for identification.)

8     BY MS. WYLIE:

9          **Q.**     I'm going to show you what we'll mark

10    as Exhibit 8.  Do you recognize this statement

11    form?

12         **A.**     Yeah, I do.

13         **Q.**     Is this the statement form you

14    completed when you requested to make a statement?

15         **A.**     Yeah, that's the one.

16         **Q.**     Is this your handwriting that appears

17    on this form?

18         **A.**     Uh-huh.

19         **Q.**     When did you complete this form?

20         **A.**     I'm sorry, repeat that.

21         **Q.**     When did you complete this form?

22         **A.**     The same night that the incident

23    occurred.

24         **Q.**     Had you looked at the photographs

25    before you completed the statement, or after?

1          **A.**     I don't recall, no, ma'am.

2          **Q.**     During the whole course of your cruise

3     did you see anyone else fall?

4          **A.**     I don't recall.

5          **Q.**     Did you ever go back to the

6     Michelangelo Lounge after the night of April 19th?

7          **A.**     I don't recall that.

8          **Q.**     Were you present when the crew members

9     came to fix the stool?

10         **A.**     No, I wasn't, I didn't recall.

11                (Thereupon, Defendant's Exhibit No. 9

12                was marked for identification.)

13    BY MS. WYLIE:

14         **Q.**     Have you ever seen this document

15    before that I'm showing you now?  We'll mark as

16    Exhibit 9.  Let me see if I can get it smaller so

17    you can see more of it.

18                Ms. Altidor, have you ever seen this

19    document before?

20         **A.**     I don't recall that.

21         **Q.**     When you were at the scene did any

22    facilities maintenance manager come, to your

23    knowledge?

24         **A.**     When I was at the cruise?

25         **Q.**     Let me clarify, I'm sorry.  Let me

1    for help.

2         **Q.**    To your knowledge did Olivia examine

3    the top of the bar stool?

4         **A.**    To my knowledge --

5         **Q.**    Including the underside.

6         **A.**    -- I don't recall.

7         **Q.**    Before you sat on the bar stool did

8    you take a look at it and observe any problems with

9    it?

10        **A.**    I mean, how could I.  I am just

11   getting ready to sit down and enjoy myself and then

12   I fell.  No, I didn't recall that, doing that,

13   sorry.

14        **Q.**    So the next day was April 20th, that

15   was your birthday?

16        **A.**    Yes, ma'am.

17        **Q.**    And that was a Saturday, correct?

18        **A.**    Yes, ma'am.

19        **Q.**    On that day the ship was in Cozumel.

20   Did you go shoreside in Cozumel?

21             MR. TUCKER:  What day was that?

22             MS. WYLIE:  April 20, 2019.

23             MR. TUCKER:  Thank you.

24             THE WITNESS:  I don't recall.  I only

25             remember, we just, we get out in Bahamas

1   my notes were incorrect about a stop in Cozumel, so

2   I apologize for any confusion caused there.

3                Here it shows you boarded the vessel

4   on April 18, 12:03 p.m.  Do you see that?

5        **A.**   Uh-huh.

6        **Q.**   And went ashore on the 19th.  That was

7   the date of the incident, correct?

8        **A.**   When you say we went ashore, where?

9        **Q.**   It says you went through security,

10  went ashore in Nassau at 10:47 a.m. and returned

11  back to the ship at 1:22 p.m.  Do you recall

12  Nassau?

13       **A.**   Nassau, Bahamas?

14       **Q.**   Yes.

15       **A.**   Yeah, okay.

16       **Q.**   So then your incident occurred the

17  night of April 19th.  Then on April 21st you went

18  ashore in Freeport from 9:45 a.m. to 2:54 p.m.

19                Do you recall going ashore in

20  Freeport, Bahamas?

21       **A.**   I recall that, yeah.

22       **Q.**   So earlier when I asked you what you

23  did ashore and you said you went to the beach,

24  since these locations are both in Bahamas, the day

25  that you previously described, was that the day in

1    Nassau or was that the day in Freeport?

2        **A.**    I mean, in Freeport and Nassau, it was

3    the same thing.  It's the same thing, it's only

4    like one port.  I don't -- I don't remember it was

5    two different.  We just get off the Nassau, Bahamas

6    and we got on the free bus and they drove us around

7    to the beach and then come right back and pick us

8    up.

9            I don't know if it is like, I don't

10   remember it was -- it was just Nassau, Bahamas.

11   Also it was, it was Nassau, Bahamas, Freeport,

12   that's the same thing.

13       **Q.**    Okay.  Well, actually they're two

14   different locations, right?  Nassau is one city in

15   the Bahamas and Freeport is a different port in the

16   Bahamas.  Are you aware of that?

17       **A.**    Yeah, I'm aware of it.

18       **Q.**    So you're saying that you did the same

19   thing in each of the two ports, is that what you're

20   saying?

21       **A.**    I don't recall what I did from the

22   second one or I went to the beach and after that we

23   went, we sit down by the -- it's like a little

24   park, that was what they call NASSO (phonetic), and

25   to go look, I wanted to see how Bahamas looked

```
 1    like.  That was my first time there, so, yeah, I
 2    did get out just to see how was it.
 3             Q.   So in Freeport did you go on the free
 4    bus as well?
 5             A.   It was just a bus to pick us up, bring
 6    us somewhere and come right back and drop us off.
 7             Q.   Okay.  Well, you were in Freeport from
 8    9:45 a.m. to almost three o'clock p.m.  So were you
 9    on the bus that entire time in Freeport?
10             A.   I don't recall.
11             Q.   Do you have pictures that you took
12    while you were in Freeport?
13             A.   I mean, I take a picture of the
14    things, you know, the place to see, I look.
15             Q.   Okay.  I think we asked for all
16    photographs during the cruise, but I'll go back and
17    look.  Please hold on to all the photographs that
18    you took during the cruise and the time ashore
19    during this cruise, okay, and we'll get those from
20    your lawyer.
21                  Did you take photographs while you
22    were in Nassau?
23             A.   I was taking a picture, yes, to see a
24    different city.
25             Q.   Okay.  Did your whole group go
```

```
 1              A.    My low back.

 2              Q.    Anything else, did your shoulder hurt

 3     more?

 4                    MS. WYLIE:  Object to form.

 5                    THE WITNESS:  My butt cheek.  I

 6              couldn't use the bathroom.  And then my

 7              shoulder, when I'm trying to lift

 8              something.

 9     BY MR. TUCKER:

10              Q.    So did you feel more pain the next day

11     when you tried to lift something using your arm and

12     your shoulder?

13                    MS. WYLIE:  Objection to form.

14                    THE WITNESS:  Yes, yes.

15     BY MR. TUCKER:

16              Q.    What were you trying to lift that you

17     first felt that increased pain in your shoulder the

18     next day?

19              A.    I was trying to get a towel from my

20     room because they come and put towels for us on the

21     closet, so I was trying to reach a towel from

22     there.

23              Q.    And was that a pain in your shoulder

24     that you hadn't felt the night before?

25              A.    Yes.
```