**Ship Name:** Carnival Sensation  **Voyage Number:** SE 2019 04 18 004

# Medical Staff Interaction Log

| Date & Time | Name & Cabin Number | Phone Call or Direct Encounter | Nature of Request | Advice or Treatment Given | Response to Advice | Medical Staff Signature & Printed Name |
|---|---|---|---|---|---|---|
| 4/19/19 1700H | SILVEY, SPENCER SCOTT U204 | Direct Encounter ☐ | Father came in with the child stating needs someone to clean the wound of his child. He slipped in the twirl pool and hit his right leg and small cut noted with minimal redness in the left upper eyebrow about 0.5 cm. GCS 15/15. No complaint of headache, no vomiting. | The cut was not deep. Cleaned with saline. Steri strips applied. Right leg with superficial abrasion. Cleaned with saline and triple ointment antibiotic applied. 4/20/19 Followed-up done. Verbalized, the father enquires. Verbalized, the child is ok. No sign of infection in the site of wound. No pain. | Instructed to keep area dry for about 2-3 days until the steri strips come off. Avoid swimming in the pool. Watch out for any signs of infection such as fever, and increasing redness and edema around the site. Instructed in case of emergency can call 911. | Christine |
| 4/19/2019 23:00 | U149 Marie | Direct Encounter ☐ | Guest brought to MC on a wheelchair after receiving a call that she fell off a broken chair at the bar in the MichaelAngelo. According to witness guest is able to walk and sit on a wheelchair. In the MC guest is able to walk from the door to the ICU. On exam guest complains of lower backache but no swelling or bruising seen. Is able to bend and touch her toes with no pain and slight tenderness on palpation of lower back. | Given ziplock for ice and ibuprogen 200mg 6hrly and non asprin2 tabs 6hourly. Advised TCB prn to see the doctor or call 911. Guest leaves MC with family. Offered wheelchair as a courteousy even though she can walk | Penelope 474128 |
| 4/20/2019 16:00 | M26 Dorian | Encounter ☐ | Guest comes walking into MC with his mother. States Sustained abrasion to left upper forehead the size of | Abrasion cleaned and triple antibiotic | Penelope 474128 |