Carnival Cruise Lines



Comment Details for Booking Number - 5PNL24 StateRoom - U149

| Comment By | Comment Time | Case-ID | Guest Name | Comment Type | Comment |
|---|---|---|---|---|---|
| Kseniya Kalina | 21/Apr/2019 10.01 AM | CORR-SB-SE-04212019-6 | Marie Altidor ALTIDOR | File | ICareLetter__1555854983142 U149 |
| Iris Vukovic | 21/Apr/2019 10.01 AM | SILP-SB-SE-04192019-8 | MARIE ALTIDOR | ICareLetter | ICareLetter__1555854983142.docx |
| Iris Vukovic | 11/Feb/2020 03.45 PM | SILP-SB-SE-04192019-8 | MARIE ALTIDOR | ChatLog | Claim is being handled by the Legal Services Dept |
| Iris Vukovic | 19/Apr/2019 11.23 PM | SILP-SB-SE-04192019-8 | MARIE ALTIDOR | Issue Identification | Marie called GS asking if possible to have some ice delivered to the SR as she sustained an injury while in Michelangelo Lounge. |
| Iris Vukovic | 19/Apr/2019 11.35 PM | SILP-SB-SE-04192019-8 | MARIE ALTIDOR | Pause For Investigation | As per Marie she fell down on her back from the chair in Michelangelo Lounge that was allegedly broken. Guest wished to have Ice delivered, GSS advised that RS will deliver to the SR. Guest also wished to file report with Security, for which ACSO was contacted however he advised that they need to have instructions from Medical Team in order to assist and speak with the guest. NOD contacted to reach out to ACSO. |
| Trevor Mawonera | 20/Apr/2019 11.20 AM | SILP-SB-SE-04192019-8 | MARIE ALTIDOR | Pause For Investigation | GSS placed TLC call and as per Marie she is still in pain and would visit MC for assistance. GSS further checked with ACSO who advised gdt report was taken as requested. pending any medical charges. |
| Alexandra Camelia Ignat | 20/Apr/2019 11.57 AM | SILP-SB-SE-04192019-8 | MARIE ALTIDOR | Pause For Investigation | Gst came at the desk and spoke on the phone with MC , SO came also to gave her the report . |
| Kseniya Kalina | 21/Apr/2019 10.01 AM | SILP-SB-SE-04192019-8 | MARIE ALTIDOR | Pause For Investigation | TLC letter sent. |
| Kseniya Kalina | 21/Apr/2019 10.03 AM | SILP-SB-SE-04192019-8 | MARIE ALTIDOR | Pause For Investigation | Follow up call placed no avail. priority luggage tags along with TLC sent to SR. |
| Faith Dube | 21/Apr/2019 04.39 PM | SILP-SB-SE-04192019-8 | MARIE ALTIDOR | Pause For Investigation | Follow up call made, GST not available. VM left. |
| Iris Vukovic | 21/Apr/2019 07.04 PM | SILP-SB-SE-04192019-8 | MARIE ALTIDOR | Issue Resolution | Several attempts made to reach the guest. Priority debarkation provided, no medical charges received. Nothing further. IV |
| Iris Vukovic | 19/Apr/2019 11.36 PM | I-SB-SE-04192019-33 | MARIEALTIDOR | WrapUp Comments | N/A |
| Monica Borcegue | null | I-SS-06182020-52 | MARIEALTIDOR | WrapUp Comments | N/A |
| Christina Del Sol | 28/Aug/2019 10.03 AM | I-SS-08282019-59 | MARIEALTIDOR | WrapUp Comments | N/A |
| ICare application account | 11/Feb/2020 03.45 PM | IC-SS-02072020-164 | MARIEALTIDOR | WrapUp Comments | N/A |
| ICare application account | 07/Feb/2020 02.07 PM | IC-SS-02072020-164 | MARIE ALTIDOR | File | PI 201 Demand Letter - BI.pdf |
| ICare application account | 07/Feb/2020 02.07 PM | IC-SS-02072020-164 | MARIE ALTIDOR | File | Original-email.eml |

EXHIBIT 5