

**Carnival**

**Ship's Security Manual**
**5.13 STATEMENT FORM** Rev. 00 – 10/31/18

SHIP: Carnival Sensation

Case #: SSWR April 19-20, 2019  Cabin #: U149  Crew #:  DOB (mm/dd/yy): 04-20-1973

(Last Name) Altidor  (First Name) Marie Altidor  (Middle Name) Aurelia

Home Address: 74 NW 35th Street Miami Fl. 33127

Phone Numbers:
(Home #):
(Cell #): 786-579-6708
Taken By (Rank and Name): S/O KEERTHI PRASAD
At: U149
Time: 11:45 PM

I, Marie A Altidor, do hereby state that the following statement is true and accurate, to the best of my memory. I further state that I have read my statement before signing it.

on the 19th of April at Macheal ingelo lounge at 10:33 pm sit at the bar left barstool felt hit the floor hit my back, and low my butt. A few people can help me get up the floor, bar person call-Housekeeping come, take a look of the chair from the bar call for a medica Ass. and also a wheel chair. when down to medical. She take a look of my back give me Ibuprofen 200 mg tablet also non-Aspirin, and Ice pack. witness my friend olivia dixon and also. Most of everyone that was sit at the bar.

SIGNATURE: Marie A Altidor   DATE: 04-19-2019

SECURITY OFFICER'S SIGNATURE:   Page # 1 of 1

EXHIBIT 6

EXHIBIT 8
Witness: Altidor
Date: 11/9/20
Stenographer: Paula Pace, RPR