6. Did you consume any alcoholic beverages or take any drugs or medications within twenty-four (24) hours before the occurrence of the accident as described in the Complaint? If so, what type and amount of alcoholic beverages, drugs or medications were consumed and when and where did you consume them?

>**Response:** No.

7. Describe in detail how the alleged accident happened, including all actions taken by you to prevent the accident, and the exact time, date and location of the alleged accident?

>**Response:** The Defendant negligently and carelessly maintained the bar stool on the ship in which I was a passenger, causing me serious injuries. As soon as I sat on the stool in or about the Michelangelo Lounge, the seat slid right off of the base of the bar stool, causing me to fall and suffer severe injuries. There was nothing I could have done to prevent the incident from occurring.

8. List each item of expense that you claim to have incurred as a result of the injuries sued on in this action, giving for each item the date incurred, to whom owed or paid and the goods or services for which each was incurred.

>**Response:** Plaintiff's currently known medical bills include, without limitation:
>
>   A. North Shore Medical Center total bill of $4,364.50
>
>   B. Ceda Health Downtown/Little Havana bill of $12,057.00
>
>   C. Ceda Orthopedic Group bill of $16,540.00
>
>   D. Springs Crossing Imaging, LLC bill of $2,980.00
>
>   E. Florida United Radiology, LC bill of $147.00
>
>   Total Approximate Bills: $36,088.50.

9. Do you contend that you have lost any form of compensation in the past and/or present as a result of the injuries sued on in this action? If so, what was the amount lost, the period during which it was lost, the nature of the compensation and the method that you used in computing the amount?

>**Response:** Plaintiff is not claiming loss wages.

Exhibit 7