UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-21516-COOKE/GOODMAN

MARIE ALTIDOR,

    Plaintiff,

vs.

CARNIVAL CORPORATION, a foreign corporation, d/b/a CARNIVAL CRUISE LINES,

    Defendant.

_____/

## NOTICE OF APPEARANCE

The Clerk of the above-styled court will please enter the appearance of JUAN C. PEREZ, JR., ESQ., of the law firm of HORR, NOVAK & SKIPP, P.A., Two Datran Center, Suite 1700, 9130 South Dadeland Boulevard, Miami, Florida 33156, as Co-Counsel for the Defendant, CARNIVAL CRUISE LINES, in connection with any and all proceedings in the above-styled cause.  Please forward all pleadings, proceedings, papers and/or correspondence generated in this cause to the undersigned as co-counsel, at the address set forth below.

Dated:  September 29, 2021

                                              */s/ Juan C. Perez, Jr.*
                                              **David J. Horr**
                                              Florida Bar No.: 310761
                                              dhorr@admiral-law.com
                                              **Juan C. Perez, Jr.**
                                              Florida Bar No.: 91581
                                              jperez@admiral-law.com
                                              HORR, NOVAK & SKIPP, P.A.
                                              Two Datran Center, Suite 1700
                                              9130 South Dadeland Boulevard
                                              Miami, FL 33156
                                              Telephone: (305) 670-2525
                                              Facsimile: (305) 670-2526
                                              **Attorneys for Defendant**

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on September 29, 2021, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s/ Juan C. Perez, Jr.
**David J. Horr**
Florida Bar No.: 310761
dhorr@admiral-law.com
**Juan C. Perez, Jr.**
Florida Bar No.: 91581
jperez@admiral-law.com
*Attorneys for Defendant, Carnival Cruise Lines*

## SERVICE LIST

**Matthew Sean Tucker**
Florida Bar No.: 90047
Matt@TuckerUp.com
TUCKER LAW
200 S.E. 6th Street, Suite 405
Fort Lauderdale, FL 33301
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
*Attorneys for Plaintiff, Marie Altidor*

**David J. Horr**
Florida Bar No.: 310761
dhorr@admiral-law.com
Juan C. Perez, Jr.
Florida Bar No.: 91581
jperez@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL 33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
*Attorneys for Defendant, Carnival Cruise Lines*