**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 20-cv-21516-MGC-jg

**MARIE ALTIDOR**,

     **Plaintiff,**

**v.**

**CARNIVAL CORPORATION,  a foreign**
**corporation, d/b/a CARNIVAL CRUISE**
**LINES**,

     **Defendant.**

## PLAINTIFF'S NOTICE OF FILING
## OBJECTIONS TO DEFENDANT'S EXHIBIT LIST

     **COMES NOW** the Plaintiff, MARIE ALTIDOR, by and through undersigned counsel,

and files her objections to Defendant, CARNIVAL CORPORATION's, d/b/a CARNIVAL

CRUISE LINE ("CARNIVAL") Exhibit List:

Respectfully submitted,

Dated: July 20, 2022

By: s/Matthew Sean Tucker
Matthew Sean Tucker
Florida Bar No. 90047
Tucker Law ®
200 SE 6TH Street, Suite 405
Fort Lauderdale, FL 33301
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
Matt@TuckerUp.com
*Attorney for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 20, 2022, I electronically filed the foregoing document with

the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and

interested parties through this system.

By: <u>s/Matthew Sean Tucker</u>

**<u>Service List:</u>**

David J. Horr, ESQ.
Stephanie Hurst Wylie
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL 33156
Telephone: (305) 670-2525
Facsimile: (305) 672-2526
dhorr@admiral-law.com
swylie@admiral-law.com
missa@admiral-law.com
Attorney for Defendant

## INDEX TO OBJECTIONS

| | | | |
|---|---|---|---|
| H | Hearsay | CC | Colloquy between counsel |
| CS | Calls for speculation | V | Vague |
| PK | Lack of Personal Knowledge | NP | Non-Responsive |
| C | Competence | CUM | Cumulative |
| L | Leading | SM | Subsequent Remedial Measures |
| R | Relevance | P | Privilege |
| UP | Unduly Prejudice | CD | Compound |
| EX | Improper Expert Opinion | Q | Outside Witness Qualifications |
| F | Lack of Foundation | LW | Improper Lay Witness Opinion |
| LP | Lack of Predicate | LC | Calls for Legal Conclusion |
| AA | Asked and Answered | M | Mischaracterizes Prior Testimony |
| SSD | Substantial Similarity Doctrine | MIL | Pending Motion in Limine |
| ND | Not Designated | A | Argumentative |
| I | Inadmissible | S | Scope |
| RC | Rule of Completeness | N | Narrative |
| AUTH | Authenticity | | |

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF

### EXHIBIT AND WITNESS LIST

V.

Case Number:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)                    **EXHIBIT AND WITNESS LIST – CONTINUATION**

|  |  | VS. |  |  | CASE NO. |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Page _____ of _____ Pages