UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-21516-COOKE/GOODMAN

MARIE ALTIDOR,

    Plaintiff,

vs.

CARNIVAL CORPORATION, a foreign
corporation, d/b/a CARNIVAL CRUISE
LINES,

    Defendant.

_____/

### DEFENDANT'S MOTION TO ALLOW WITNESSES TO TESTIFY AT TRIAL REMOTELY VIA VIDEOCONFERENCE

COMES NOW, the Defendant, Carnival Corporation d/b/a Carnival Cruise Line ("Carnival") by and through its undersigned counsel, hereby respectfully files its Motion to Allow Witnesses to Testify at Trial Remotely and for good cause states as follows:

1.    This matter is currently set on the Court's two-week trial calendar commencing August 1, 2022.

2.    Federal Rule of Civil Procedure 43(a) provides that, "[f]or good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location." See Fed. R. Civ. P. 43(a).

3.    Moreover, "the use of live video transmission will not prejudice [Plaintiff] because adequate safeguards exist to protect the procedure. In assessing the safeguards of such contemporaneous transmissions, the courts focus on whether the testimony was made in open

court, under oath, and whether the opportunity for cross examination was available." *See F.T.C. v. Swedish Match N. Am., Inc.*, 197 F.R.D. 1, 2 (D.D.C. 2000).

4. In *F.T.C. v. Swedish Match N. Am., Inc.*, 197 F.R.D. 1, 2 (D.D.C. 2000), the judge recognized that "there is no practical difference between live testimony and contemporaneous video transmission based upon [his] experience."

5. In the instant case, Defendant's witness, Keerthiprasad Puttaya will need to testify via Zoom videoconference, or any other videoconferencing service this Honorable Court deems appropriate.

6. Mr. Puttaya was a crew member at the time of the alleged incident who is currently in his home country of India and will be there at the time this trial is set to commence.

7. Mr. Puttaya resides in the small city of Sullia, which does not have an airport nearby. The distance from Sullia, India to Miami, Florida is approximately 9,300 miles.

8. The closest international airport to Sullia is Mangaluru International Airport, which is approximately two (2) hours away from Sullia by car. After arriving at Mangaluru International Airport, Mr. Puttaya would embark on an approximately 35-hour long journey to Miami, Florida consisting of about three (3) layovers.

9. As in *F.T.C. v. Swedish Match N. Am., Inc.*, Plaintiff will not be prejudiced by the witness's videoconference appearance, as appropriate safeguards will be utilized for his testimony. His testimony will be made in open court, under oath, and by live video, which allows the jury to observe and evaluate their demeanor and facial expressions during testimony.

10. Additionally, the parties will have the opportunity to examine the witnesses using the same video platform ensuring that the method and opportunity for examination is the same.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel certifies that she has conferred with counsel for Plaintiff who objects to the relief requested.

Dated: July 20, 2022

    /s/ Karina N. Peiro
**David J. Horr**
Florida Bar No.: 310761
dhorr@admiral-law.com
**Juan C. Perez, Jr.**
Florida Bar No.: 91581
jperez@admiral-law.com
**Karina N. Peiro**
Florida Bar No.: 1025870
kpeiro@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL 33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on July 20, 2022, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

    /s/ Karina N. Peiro
**David J. Horr**
Florida Bar No.: 310761
dhorr@admiral-law.com
**Juan C. Perez, Jr.**
Florida Bar No.: 91581
jperez@admiral-law.com
**Karina N. Peiro**
Florida Bar No.: 1025870
kpeiro@admiral-law.com
***Attorneys for Defendant***

CASE NO.: 20-cv-21516-COOKE/GOODMAN
PAGE 4

## **SERVICE LIST**

**Matthew Sean Tucker**
Florida Bar No.: 90047
Matt@TuckerUp.com
TUCKER LAW
200 S.E. 6th Street, Suite 405
Fort Lauderdale, FL 33301
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
*Attorneys for Plaintiff, Marie Altidor*

**David J. Horr**
Florida Bar No.: 310761
dhorr@admiral-law.com
**Juan C. Perez, Jr.**
Florida Bar No.: 91581
jperez@admiral-law.com
**Karina N. Peiro**
Florida Bar No.: 1025870
kpeiro@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL 33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
*Attorneys for Defendant*