UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-21516-COOKE/GOODMAN

MARIE ALTIDOR,

    Plaintiff,

vs.

CARNIVAL CORPORATION, a foreign corporation, d/b/a CARNIVAL CRUISE LINES,

    Defendant.
_____/

## DEFENDANT'S AMENDED TRIAL WITNESS LIST

COMES NOW, the Defendant, Carnival Corporation d/b/a Carnival Cruise Line ("Carnival") by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 26(a)(3), hereby files its Witness List:

| No. | Name and Address of Defendant, Carnival expects to present and call | Address | Description of Witness | Estimated Time Needed in Hours |
|---|---|---|---|---|
| 1. | Plaintiff, MARIE ALTIDOR | C/O Tucker Law 200 SE 6th Street, Suite 405 Fort Lauderdale, FL 33301 | Plaintiff to testify regarding liability, causation, and damages. | 6 |
| 2. | Monica Borcegue Corporate Representative for CARNIVAL CORPORATION, a foreign corporation, d/b/a CARNIVAL CRUISE LINES | c/o Carnival Cruise Line 3655 N.W. 87th Avenue Miami, FL 33178 | Defendant anticipated to testify regarding liability | 3 |
| 3. | Penelope Capes, Ship Lead Nurse | c/o Carnival Cruise Line | Employee of CARNIVAL CORPORATION; anticipated to testify | 1 |

| | | 3655 N.W. 87th Avenue<br>Miami, FL 33178 | regarding liability and damages | |
|---|---|---|---|---|
| 4. | Keerthiprasad Puttaya, Security Officer | c/o Carnival Cruise Line<br>3655 N.W. 87th Avenue<br>Miami, FL 33178 | Employee of CARNIVAL CORPORATION; anticipated to testify regarding liability and damages | 1 |
| 5. | Josiebel DeLeon, Assistant Manager Houskeeping | c/o Carnival Cruise Line<br>3655 N.W. 87th Avenue<br>Miami, FL 33178 | Employee of CARNIVAL CORPORATION; anticipated to testify regarding liability and damages | 1 |
| 6. | Michele Torrisi | c/o Carnival Cruise Line<br>3655 N.W. 87th Avenue<br>Miami, FL 33178 | Employee of CARNIVAL CORPORATION; anticipated to testify regarding liability. | 1 |
| 7. | Jerry S. Sher, M.D. | Orthopedic Specialists of Miami Beach,<br>2260 N.E. 123rd Street,<br>North Miami, Florida 33181 | Defendant's Medical Expert - Orthopedic expert – upper extremity. Anticipated to testify as it relates to the Plaintiff regarding observations, impressions, diagnosis, causation of current symptoms, and that future care is unnecessary. | 3 |
| 8. | Jonathan Gottlieb, M.D. | 3659 South Miami Avenue, Suite 4002<br>Miami, FL 33133 | Defendant's Medical Expert - Orthopedic expert – spine. Anticipated to testify as it relates to the Plaintiff regarding observations, impressions, diagnosis, causation of current symptoms, and that future care is unnecessary. | 3 |
| 9. | Anthony Friedman, M.D. | North Shore Medical Center<br>1100 NW 95th St<br>Miami, FL 33150 | Anthony Friedman, M.D. involved in the examination, diagnosis, care, and/or treatment of Plaintiff. | 2.5 |
| 10. | Michael Mai, M.D. | North Shore Medical Center<br>1100 NW 95th St<br>Miami, FL 33150 | Michael Mai, M.D. involved in the examination, diagnosis, care, and/or treatment of Plaintiff. | 2.5 |

| | | | | |
|---|---|---|---|---|
| 11. | Carlos Sanchez, M.D. | North Shore Medical Center<br>1100 NW 95th St<br>Miami, FL 33150 | Carlos Sanchez, M.D. involved in the examination, diagnosis, care, and/or treatment of Plaintiff. | 2.5 |
| 12. | Arold Joseph Augustin, M.D. | New Hope Medical Group, LLC<br>4301 W. Sunrise Blvd.<br>Plantation, FL 33313 | Arold Joseph Augustin, M.D. involved in the examination, diagnosis, care, and/or treatment of Plaintiff. | 2.5 |

Defendant reserves the right to call any person listed on the Plaintiff's Witness List.

Dated: July 20, 2022

/s/ *Karina N. Peiro*
**DAVID J. HORR**
Florida Bar No. 310761
dhorr@admiral-law.com
**Juan C. Perez**
Florida Bar No.: 91581
jperez@admiral-law.com
**Karina N. Peiro**
Florida Bar No.: 1025870
kpeiro@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL 33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on July 20, 2022, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

CASE NO.: 20-cv-21516-COOKE/GOODMAN
PAGE 4

*/s/ Karina N. Peiro*
**KARINA N. PEIRO**
Florida Bar No.: 1025870

## SERVICE LIST

**Matthew Sean Tucker**
Florida Bar No.: 90047
Matt@TuckerUp.com
TUCKER LAW
200 S.E. 6th Street, Suite 405
Fort Lauderdale, FL 33301
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
***Attorneys for Plaintiff, Marie Altidor***

**David J. Horr**
Florida Bar No.: 310761
**dhorr@admiral-law.com**
**Juan C. Perez**
Florida Bar No.: 91581
jperez@admiral-law.com
**Karina N. Peiro**
Florida No.: 1025870
kpeiro@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL 33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
***Attorneys for Defendant, Carnival Cruise Lines***