IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-21516-MGC-jg

**MARIE ALTIDOR**,

    **Plaintiff,**

v.

**CARNIVAL CORPORATION, a foreign corporation, d/b/a CARNIVAL CRUISE LINES**,

    **Defendant.**

### PLAINTIFF MARIE ALTIDOR'S MOTION FOR LEAVE FOR EQUIPMENT AT TRIAL

COMES NOW the Plaintiff, MARIE ALTIDOR, by and through its undersigned counsel, and pursuant to Local Rule 77.1 hereby files its Unopposed Amended[1] Motion for leave to allow certain electronic equipment to the trial of this case.

This case is set for the trial calendar commencing on Monday, August 1, 2022 before the Honorable Marcia G. Cooke. MARIE ALTIDOR seeks authorization for certain individuals to bring a laptop computer (including ancillary power supplies, cables, and connectors needed to operate the authorized equipment) into the Courthouse for use during the trial for the display of CCTV vide and exhibits, or for administrative and legal support, as well as a cell phone and other audiovisual equipment which the Court may not have available for use.

Specifically, MARIE ALTIDOR seeks authority for the following individuals to bring the requested equipment into the Courthouse;

- Matthew Sean Tucker (attorney): one cell phone, one laptop/tablet and charger, AV distribution amps, AV Cart, TV on rolling stand, ELMO and/or Hover Cam, Screen one ipad, ancillary power supplies, cables, and connectors;

- Brittany Ramdass (legal support): one cell phone, one laptop/tablet and charger, AV distribution amps, AV Cart, TV on rolling stand, ELMO and/or Hover Cam, Screen one ipad, ancillary power supplies, cables, and connectors;

- Jerrika Gomez (legal support): one cell phone, one laptop/tablet and charger, AV distribution amps, AV Cart, TV on rolling stand, ELMO and/or Hover Cam, Screen one ipad, ancillary power supplies, cables, and connectors;

- Jack Tucker (legal support): (legal support): one cell phone, one laptop/tablet and charger, AV distribution amps, AV Cart, TV on rolling stand, ELMO and/or Hover Cam, Screen one ipad, ancillary power supplies, cables, and connectors;

- Paul Tucker: one cell phone;

- Dr. Hernan Pabon, M.D. (Treating Physician and Expert): one cell phone;

- Dr. Roy Canizares, DC (Treating Chiropractic Physicians): one cell phone;

- Dr. Roberto Moya G. Daren, M.D. (Treating Physician): one cell phone;

- Dr. Nestor Joaquin Javech M.D. (Treating Physician): one cell phone;

- Dr. Alex Alonso, M.D. (Treating Physician): one cell phone;

- Marie Altidor: one cell phone;

- Olivia Dixon: one cell phone; and

- Greg Dixon: one cell phone.

The Plaintiff, MARIE ALTIDOR reserves that the electronic equipment set forth above be permitted to be brought into the Courtroom where the trial of this matter will be held and that

MARIE ALTIDOR be permitted to set-up same prior to the start of trial, and request and Order granting the same.

**WHEREFORE**, Plaintiff, MARIE ALTIDOR, moves this court for an order granting its Motion and entering an Order allowing MARIE ALTIDOR and the above listed persons to bring the electronic equipment set forth above into the Courtroom for its use at trial beginning on Monday, August 1, 2022 before the Honorable Marcia G. Cooke and that MARIE ALTIDOR be permitted to set-up its electronic equipment prior to the start of trial. The undersigned also requests authorizations for it's the above listed persons and/or technology personnel to test their audiovisual equipment at a convenient time prior to the first day of trial to avoid any technological issues at trial.

## Certificate of Good-Faith Compliance

In accordance with Local Rule 7.1(a)(3) prior to filing this motion, MARIE ALTIDOR, through its undersigned counsel, conferred with Defendant's counsel, who does not oppose the relief sought.

Dated: July 20, 2022

Respectfully submitted,

By: s/Matthew Sean Tucker
Matthew Sean Tucker
Florida Bar No. 90047
Tucker Law®
800 SE 3rd Avenue, Suite 300
Fort Lauderdale, FL 33316
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
Matt@TuckerUp.com
*Attorney for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: s/Matthew Sean Tucker

**Service List:**

David J. Horr, ESQ.
Stephanie Hurst Wylie
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL 33156
Telephone: (305) 670-2525
Facsimile: (305) 672-2526
dhorr@admiral-law.com
swylie@admiral-law.com
missa@admiral-law.com
Attorney for Defendant