IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-21516-MGC-jg

**MARIE ALTIDOR**,

    **Plaintiff,**

v.

**CARNIVAL CORPORATION, a foreign corporation, d/b/a CARNIVAL CRUISE LINES**,

    **Defendant.**

## ORDER ON PLAINTIFF MARIE ALTIDOR'S MOTION FOR LEAVE FOR EQUIPMENT AT TRIAL

THIS CAUSE came before the Court upon Plaintiff, MARIE ALTIDOR's, Motion for Leave for Equipment at Trial, having reviewed the Motion and being otherwise duly advised in the premises, it is hereby,

**ORDERED AND ADJUDGED that t**he aforesaid Motion is GRANTED.

ENTERED this ___ day of _____, 20 ___.

_____
Honorable Marcia G. Cooke
United States District Court Judge

Copies furnished to all counsel of record