UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21516-CIV-COOKE

**MARIE ALTIDOR**,

 Plaintiff,
v.

**CARNIVAL CORPORATION**,

 Defendant.
_____/

## ORDER

 **THIS CAUSE** came before the Court on Plaintiff's Motion for Leave for Equipment at Trial [ECF No. 130]. Being fully advised, it is

 **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The following individuals may bring in equipment as outlined below:

 • Matthew Sean Tucker (attorney): one cell phone, one laptop/tablet and charger, AV distribution amps, AV Cart, TV on rolling stand, ELMO and/or Hover Cam, Screen one ipad, ancillary power supplies, cables, and connectors;

 • Brittany Ramdass (legal support): one cell phone, one laptop/tablet and charger, AV distribution amps, AV Cart, TV on rolling stand, ELMO and/or Hover Cam, Screen one ipad, ancillary power supplies, cables, and connectors;

 • Jerrika Gomez (legal support): one cell phone, one laptop/tablet and charger, AV distribution amps, AV Cart, TV on rolling stand, ELMO and/or Hover Cam, Screen one ipad, ancillary power supplies, cables, and connectors;

• Jack Tucker (legal support): (legal support): one cell phone, one laptop/tablet and charger, AV distribution amps, AV Cart, TV on rolling stand, ELMO and/or Hover Cam, Screen one ipad, ancillary power supplies, cables, and connectors;

• Paul Tucker: one cell phone;

• Dr. Hernan Pabon, M.D. (Treating Physician and Expert): one cell phone;

• Dr. Roy Canizares, DC (Treating Chiropractic Physicians): one cell phone;

• Dr. Roberto Moya G. Daren, M.D. (Treating Physician): one cell phone;

• Dr. Nestor Joaquin Javech M.D. (Treating Physician): one cell phone;

• Dr. Alex Alonso, M.D. (Treating Physician): one cell phone;

• Marie Altidor: one cell phone;

• Olivia Dixon: one cell phone; and

• Greg Dixon: one cell phone.

**DONE AND ORDERED** in Miami, Florida, this 20th day of July, 2022.

_Cecilia M. Altonaga_
for **MARCIA G. COOKE**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record