UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21516-CIV-COOKE

**MARIE ALTIDOR**,

    Plaintiff,
v.

**CARNIVAL CORPORATION**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Defendant's Motion for Permission to Use Electronic Equipment in the Courtroom [ECF No. 125]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The following individuals may bring in equipment as outlined below:

| DEFENDANT: Counsel/Paralegal/Staff/Witnesses | Equipment |
|---|---|
| David J. Horr, Esq. – Horr, Novak & Skipp, P.A.<br>Juan C. Perez, Jr., Esq. – Horr, Novak & Skipp, P.A.<br>Karina N. Peiro, Esq. – Horr, Novak & Skipp, P.A.<br>Monica Borcegue (Corporate Representative) – Carnival Cruise Line<br>Jerry S. Sher, M.D. (Expert Witness)<br>Jonathan Gottlieb, M.D. (Expert Witness) | Laptops, Smartphones, iPads |
| Karla V. Garcia, Mike Ferbeyre<br>Elvia Garcia, Elli Fink, Donna Cosmen<br>(of Horr, Novak & Skipp, P.A.) | Laptops, Smartphones, iPads, printer, audio/visual playback display equipment including screen, PowerPoint projector, video/DVD playback equipment |

CASE NO. 20-21516-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 20th day of July, 2022.

*[signed] Cecilia M. Altonaga*
for **MARCIA G. COOKE**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record