UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-21516-COOKE/GOODMAN

MARIE ALTIDOR,

    Plaintiff,

vs.

CARNIVAL CORPORATION, a foreign corporation, d/b/a CARNIVAL CRUISE LINES,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

The Parties, MARIE ALTIDOR, Plaintiff, and CARNIVAL CORPORATION, a Panamanian Corporation d/b/a CARNIVAL CRUISE LINE, Defendant, by and through undersigned counsel, hereby file this Joint Notice of Settlement advising the Court that the Parties have reached a settlement of all claims in the above-styled matter. The Parties are in the process of preparing and executing the necessary settlement documents and, accordingly, will be filing a Joint Stipulation for Dismissal with Prejudice as soon as the executed Release and settlement funds have been exchanged. The Court reserves the jurisdiction to enforce the terms of the settlement.

[THIS SECTION INTENTIONALLY LEFT BLANK]

Case No.:  20-cv-21516-COOKE/GOODMAN
Page 2

| | |
|---|---|
| *s/ Matthew Sean Tucker* | *s/ Karina N. Peiro* |
| **Matthew Sean Tucker** | **David J. Horr** |
| Florida Bar No.: 90047 | Florida Bar No.: 310761 |
| Matt@TuckerUp.com | dhorr@admiral-law.com |
| TUCKER LAW | **Juan C. Perez, Jr.** |
| 200 S.E. 6th Street, Suite 405 | Florida Bar No.: 91581 |
| Fort Lauderdale, FL 33301 | jperez@admiral-law.com |
| Telephone: (954) 204-0444 | **Karina N. Peiro** |
| Facsimile:  (954) 358-4946 | Florida Bar No.:  1025870 |
| *Attorneys for Plaintiff, Marie Altidor* | kpeiro@admiral-law.com |
| | HORR, NOVAK & SKIPP, P.A. |
| | Two Datran Center, Suite 1700 |
| | 9130 South Dadeland Boulevard |
| | Miami, FL 33156 |
| | Telephone: (305) 670-2525 |
| | Facsimile: (305) 670-2526 |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on July 20, 2022, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

 */s/ Karina N. Peiro.*
**David J. Horr**
Florida Bar No.: 310761
dhorr@admiral-law.com
**Juan C. Perez, Jr.**
Florida Bar No.: 91581
jperez@admiral-law.com
**Karina N. Peiro**
Florida Bar No.:  1025870
kpeiro@admiral-law.com
*Attorneys for Defendant*

Case No.: 20-cv-21516-COOKE/GOODMAN
Page 3

## SERVICE LIST

| | |
|---|---|
| **Matthew Sean Tucker** | **David J. Horr** |
| Florida Bar No.: 90047 | Florida Bar No.: 310761 |
| Matt@TuckerUp.com | dhorr@admiral-law.com |
| TUCKER LAW | **Juan C. Perez, Jr.** |
| 200 S.E. 6th Street, Suite 405 | Florida Bar No.: 91581 |
| Fort Lauderdale, FL 33301 | jperez@admiral-law.com |
| Telephone: (954) 204-0444 | **Karina N. Peiro** |
| Facsimile: (954) 358-4946 | Florida Bar No.: 1025870 |
| *Attorneys for Plaintiff, Marie Altidor* | kpeiro@admiral-law.com |
| | HORR, NOVAK & SKIPP, P.A. |
| | Two Datran Center, Suite 1700 |
| | 9130 South Dadeland Boulevard |
| | Miami, FL 33156 |
| | Telephone: (305) 670-2525 |
| | Facsimile: (305) 670-2526 |
| | *Attorneys for Defendant* |