UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21516-Civ-COOKE/GOODMAN

MARIE ALTIDOR,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING
CASE ON NOTICE OF SETTLEMENT**

THIS MATTER is before the Court on the Parties' Joint Notice of Settlement (ECF No. 134). The parties have settled this matter, and it will be administratively closed pending the parties filing a stipulation of final dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or moving for dismissal under Rule 41(a)(2).

A stipulation of final dismissal, or a motion for dismissal, must be filed within 30 days of this Order. In the event a stipulation of final dismissal is filed under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the parties desire the Court to have continuing jurisdiction to enforce the terms of the settlement agreement, they ***must condition the effectiveness of the stipulation*** on this Court's entry of an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

The Clerk will ***administratively* CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*. All scheduled court dates, including the July 27, 2022 Calendar Call and the August 1, 2022 Trial, are **CANCELLED**.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 21st day of July 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE
for Marcia G. Cooke, United States District Judge

Copies provided to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*