UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21516-CIV-COOKE/Goodman

**MARIE ALTIDOR**,

    Plaintiff,

vs.

**CARNIVAL CORPORATION**,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court upon a *sua sponte* review of the record. It is

**ORDERED AND ADJUDGED** that the second Order Administratively Closing Case [ECF No. 136] is set aside.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of July, 2022.

_____
for **MARCIA G. COOKE**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record