UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: :20-CV-21516-COOKE/GOODMAN

MARIE A. ALTIDOR,

    Plaintiff,

vs.

CARNIVAL CORPORATION, et al.,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, MARIE A. ALTIDOR, and Defendant, CARNIVAL CORPORATION, have settled all claims in the above captioned cause through the execution of a confidential settlement agreement and release and therefore Plaintiff and Defendant hereby stipulate to the Dismissal of this entire action, with each party to bear their own attorneys' fees and costs. Further the Court shall reserve jurisdiction to enforce the terms of the settlement.

DATED this 19th day of September, 2022

| | |
|---|---|
| */s/ Matthew S. Tucker* | */s/ Karina N. Peiro* |
| **Matthew Sean Tucker** | **David J. Horr** |
| Florida Bar No.: 90047 | Florida Bar No.: 310761 |
| Matt@TuckerUp.com | dhorr@admiral-law.com |
| TUCKER LAW | **Juan C. Perez, Jr.** |
| 200 S.E. 6th Street, Suite 405 | Florida Bar No.: 91581 |
| Fort Lauderdale, FL 33301 | jperez@admiral-law.com |
| Telephone: (954) 204-0444 | **Karina N. Peiro** |
| Facsimile: (954) 358-4946 | Florida Bar No.: 1025870 |
| ***Attorney for Plaintiff, Marie Altidor*** | kpeiro@admiral-law.com |
| | HORR, NOVAK & SKIPP, P.A. |
| | Two Datran Center, Suite 1700 |
| | 9130 South Dadeland Boulevard |
| | Miami, FL 33156 |
| | Telephone: (305) 670-2525 |
| | Facsimile: (305) 670-2526 |
| | ***Attorneys for Defendant, Carnival Corporation*** |

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on September 19, 2022, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By:	/s/ *Karina N. Peiro*
**David J. Horr**
Florida Bar No.: 310761
dhorr@admiral-law.com
**Juan C. Perez, Jr.**
Florida Bar No.: 91581
jperez@admiral-law.com
**Karina N. Peiro**
Florida Bar No.: 1025870
kpeiro@admiral-law.com
*Attorneys for Defendant, Carnival Corporation*

CASE NO.: 20-CV-21516-COOKE/GOODMAN
Page 3

**SERVICE LIST**

| | |
|---|---|
| **Matthew Sean Tucker** <br> Florida Bar No.: 90047 <br> Matt@TuckerUp.com <br> TUCKER LAW <br> 200 S.E. 6th Street, Suite 405 <br> Fort Lauderdale, FL 33301 <br> Telephone: (954) 204-0444 <br> Facsimile: (954) 358-4946 <br> ***Attorney for Plaintiff, Marie Altidor*** | **David J. Horr** <br> Florida Bar No.: 310761 <br> dhorr@admiral-law.com <br> **Juan C. Perez, Jr.** <br> Florida Bar No.: 91581 <br> jperez@admiral-law.com <br> **Karina N. Peiro** <br> Florida Bar No.: 1025870 <br> kpeiro@admiral-law.com <br> HORR, NOVAK & SKIPP, P.A. <br> Two Datran Center, Suite 1700 <br> 9130 South Dadeland Boulevard <br> Miami, FL 33156 <br> Telephone: (305) 670-2525 <br> Facsimile: (305) 670-2526 <br> ***Attorneys for Defendant, Carnival Corporation*** |