UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-21516-COOKE/GOODMAN

MARIE A. ALTIDOR,

    Plaintiff,

vs.

CARNIVAL CORPORATION, et al.,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the parties' Joint Stipulation for Dismissal with Prejudice, and the Court having considered the parties' stipulation for dismissal and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the Joint Stipulation is approved, and the within cause be dismissed with prejudice, as to all parties and all claims, each party to bear its own costs and attorney's fee.

**DONE AND ORDERED** on this _____day of September, 2022.

_____
MAGISTRATE JUDGE MARCIA G. COOKE
UNITED STATES DISTRICT COURT

Copies furnished to:

All counsel of Record